UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:01-cr-00238-LRH-RJJ |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | August 27, 2008 |
| MICHAEL ANTHONY CURRY, ) | |
| ) | |
| Defendant. ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant Curry's Motion for Copy of Non-Electronic Docket at No Expense (#129). The clerk's office provides copies of docket sheets upon request and upon payment of $0.50 per page. The docket sheet requested is four pages. Upon request and remittance of the $2.00 copying fee to the clerk of the court, the docket will be mailed to Defendant Curry.

    Defendant's motion (#129) is therefore moot and is denied.

                                    LANCE S. WILSON, CLERK

                                By:          /s/
                                             Deputy Clerk